IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

J&J SPORTS PRODUCTIONS, INC., )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV414-125
 )
OVERTIME SPORTS BAR & GRILL, INC. )
and ISSAC L. CEASER, )
 )
    Defendants. )
_____)

## O R D E R

Before the Court is Plaintiff's Notice of Settlement. (Doc. 10.) In this notice, Plaintiff states that the parties have reached a negotiated settlement that requires Defendants to remit monthly payments to Plaintiff until May 20, 2015. (Id. at 1.) Therefore, Plaintiff requests that the Court administratively terminate this case until Defendants have successfully completed the payment plan, at which time the case can be dismissed with prejudice. (Id.)

After careful consideration, Plaintiff's request is **GRANTED**. The Clerk of Court is **DIRECTED** to administratively terminate this case. Plaintiff **SHALL** notify the Court should Defendants fail to satisfactorily complete the payment plan. Absent receiving notice prior to June 1, 2015, this case shall be automatically **DISMISSED WITH PREJUDICE** on that date.

SO ORDERED this 28th day of August 2014.

                              WILLIAM T. MOORE, JR.
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF GEORGIA